IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>HENRY T. LEWIS,<br><br>                 Defendant. | **8:22CR125**<br><br>**MEMORANDUM AND ORDER REGARDING 17.1 CONFERENCE** |

      This matter came before the Court on January 17, 2024, for a Rule 17.1 Conference. Assistant United States Attorney, John Higgins, was present for the government. Attorney Jason Troia was present for the defendant, Henry T. Lewis. The scheduling of the trial in this matter was discussed and will be set by separate order. The partis are requesting 13 trial days. The defendant agreed to the tolling of speedy trial between today's date and July 16, 2024. The government's proposed stipulations were presented to the defendant and a discussion was held. The parties will memorialize stipulations on or before February 28, 2024.

      Dated this 17th day of January, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge